# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLEN J. LERNER, an individual, ) | |
| ) | |
| Plaintiff, ) | Civil Action 1:17-cv-02029-SCJ |
| ) | |
| ) | |
| v. ) | Jury Trial Demanded |
| ) | |
| ) | |
| FORREST B. JOHNSON, an individual, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## PETITION FOR LEAVE OF ABSENCE

**To:** Courtroom Deputy for United States District Judge Steve C. Jones; Clerks of Record; and Counsel of Record.
**Signature:** Robert M. Ward, counsel for Supplement
**Re:** Petition for Leave of Absence
**Date:** September 25, 2017

Pursuant to the provisions of LR 83.1(E)(3), comes now your Applicant, Robert M. Ward, and respectfully requests that no case be calendared during the period of absence of September 26, 2017 through October 27, 2017.

The purpose of this Leave of Absence is to permit Applicant to attend a family vacation in Fiji and Australia.

A Proposed Order is attached.

1

Respectfully submitted this 25th day of September, 2017,

/*s/ Robert M. Ward*
Robert M. Ward
(Georgia Bar 775401)
3455 Peachtree Road NE
Floor 5
Atlanta, GA 30326
Telephone: (404) 606-6480
Facsimile: (404) 606-6480
rward@bmwiplaw.com

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Court's CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ RM Ward

*Attorney for Defendant*

**DEFENDANTS' MEMORANDUM IN OPPOSTION TO PLAINTIFF'S MOTION(S) FOR "RECONSIDERATION"**

Plaintiff's motion(s) for purported "reconsideration" of the Court's carefully considered rulings on (i) Defendants' Incense Packet, and (ii) Defendants' Air Freshener Label, have been rendered moot by the Defendants' redesign of both packages. (See, Defendants' Second Compliance Report, Doc. 59, filed 9/14/2017).

Both of these previously accused items were voluntarily redesigned to incorporate Defendants' new and distinctive "square BLUNTLIFE logo". Accordingly, these two packages – which were found by the Court not to infringe <u>in their original format</u> – are now even further away from Plaintiff's trade dress.

Plaintiff, no doubt, will continue to waste the Court's time, clutter the Court's busy docket, and torture its smaller competitor, until Plaintiff is instructed by the Court to stand-down. It is respectfully believed that now is that time. Wherefore, the Defendants' have filed their motions (a) for partial summary judgment, and (b) to stay non-damages discovery, and have done so in yet another good faith attempt to bring this wasteful and unnecessary personal conflict to an end.

## **Conclusion**

Although Defendants respectfully disagree with virtually everything in Plaintiff's over-briefed "Motion for Reconsideration", the Plaintiff's motion for reconsideration is moot – and, thus need not be considered further. Denial of Plaintiff's multifarious "reconsideration" motion would thereby implicitly (if not expressly) instruct the Plaintiff to cease and desist from re-litigating the same issues -- over-and-over again – and, thus the same respectfully requested.

Respectfully submitted this 20th day of September, 2017,

*/s/ Robert M. Ward*
Robert M. Ward
(Georgia Bar 775401)
3455 Peachtree Road NE, 5th Floor
Atlanta, GA 30326
Telephone: (404) 606-6480
rward@bmwiplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically filed with the Court's CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. */s/ RM Ward*